**Order entered March 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00032-CR

**LYDIA L. CURTIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82230-08**

## ORDER

Appellant has informed the Court that she wishes to file a pro se response to the *Anders* brief filed by appellate counsel and has requested an extension of time to do so. Accordingly, we **ORDER** appellate counsel Doris Berry to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Ms. Berry to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

We **ORDER** appellant to file her pro se response by **JUNE 10, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court, and to Doris Berry.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Lydia Curtis, Collin County Detention Facility, 4300 Community Avenue, McKinney, Texas 75071.


/s/      DAVID EVANS
         JUSTICE